NATHAN R. SKEEN (12662)
NATHAN A. CRANE (10165)
CHRISTOPHER W. DROUBAY (12078)
SPENCER FANE LLP
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
nskeen@spencerfane.com
ncrane@spencerfane.com
cdroubay@spencerfane.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| D.S., E.W., and J.G.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WILDERNESS TRAINING &<br>CONSULTING, LLC (d/b/a FAMILY HELP<br>AND WELLNESS), WTC HOLDCO, LLC,<br>SOLSTICE RTC, LLC (a/k/a SOLSTICE<br>WEST), JOURNEY HOME WEST;<br><br>        Defendants. | **NOTICE OF APPEARANCE**<br>**OF COUNSEL**<br><br>Case No. 1:25CV209 TC<br><br>Judge Tena Campbell |

PLEASE TAKE NOTICE that Christopher W. Droubay and the law firm of Spencer Fane

LLP hereby enters their appearance as counsel on behalf of Defendants Wilderness Training &

Consulting, LLC (d/b/a Family Help and Wellness), WTC Holdco, LLC, Solstice RTC, LLC (a/k/a

Solstice West), and Journey Home West in the above-entitled matter and request that they be

copied electronically on all filings and notices in this matter.

DATED this 13th day of March, 2026.

SPENCER FANE LLP

*/s/ Christopher W. Droubay*
Nathan R. Skeen
Nathan A. Crane
Christopher W. Droubay
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2026, I electronically filed the foregoing

**NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF

System:

Rachel Sykes
PEARSON BUTLER
1802 S Jordan Parkway, Ste. 200
South Jordan, UT 84095
rachel@pearsonbutler.com

Gareth Purnell
GRIFFIN PURNELL
2037 Airline Rd, Ste. 200
Corpus Christi, TX 78412
gareth@griffinpurnell.com

*Attorneys for Plaintiff*

                              */s/ Sydney Abbott*